**George Thomas FIRTH, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27482.**

Court of Criminal Appeals of Texas.

March 16, 1955.

**William Archer PRIDDY, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27483.**

Court of Criminal Appeals of Texas.

March 16, 1955.

No attorney on appeal for appellant.

Henry Wade, Criminal Dist. Atty., Charles S. Potts, Asst. Dist. Atty., Dallas, Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is robbery; the punishment, 35 years' confinement in the state penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.

No attorney on appeal for appellant.

Dan Walton, Dist. Atty., Eugene Brady, Jr., Asst. Dist. Atty., Houston, Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Burglary is the offense, with a prior conviction for an offense of like character; the punishment, twelve years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.